UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>B. BAKER,<br><br>　　　　Defendant. | **1:19-cv-00995-DAD-GSA-PC**<br><br>**FINDINGS AND RECOMMENDATIONS THAT THIS CASE PROCEED WITH ORIGINAL COMPLAINT AGAINST DEFENDANT C/O B. BAKER FOR USE OF EXCESSIVE FORCE, AND THAT ALL OTHER CLAIMS BE DISMISSED**<br>**(ECF No. 22.)**<br><br>**OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS** |

　　　　Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on July 19, 2019.  (ECF No. 1.)  The Complaint names only one defendant, C/O B. Baker and brings claims for retaliation and excessive force in violation of the Eighth Amendment.  (Id.)

　　　　On September 1, 2020, the court screened the Complaint and found that Plaintiff states a cognizable excessive force claim against defendant Baker, but found no other claims upon which relief may be granted.  The court issued an order requiring Plaintiff to either file an amended complaint or notify the court that he is willing to proceed only with the excessive force claim.  (ECF No. 18.)

On September 16, 2020, Plaintiff filed a notice that he is willing to proceed only with the cognizable excessive force claim. (ECF No. 19.)

Therefore, based on the foregoing, it is **HEREBY RECOMMENDED** that:

1. This action proceed only on Plaintiff's excessive force claim against defendant C/O B. Baker;
2. All remaining claims be dismissed from this action;
3. Plaintiff's claim for retaliation be dismissed from this action, based on Plaintiff's failure to state a claim upon which relief may be granted; and
4. This case be referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **September 21, 2020**                          **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE