UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>            Plaintiff,<br><br>     v.<br><br>B. BAKER,<br><br>            Defendant. | No.  1:19-cv-00995-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 20) |

Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2020, the assigned magistrate judge screened plaintiff's complaint in this action and found that plaintiff had stated a cognizable claim against defendant B. Baker for use of excessive force in violation of the Eighth Amendment of the U.S. Constitution, but that plaintiff had failed to state any other cognizable claims.  (Doc. No. 18.)  Plaintiff was granted leave to file an amended complaint or to notify the court of his willingness to proceed only on the claims found to be cognizable in the screening order within thirty (30) days after service of that order. (*Id*. at 8–9.)  On September 16, 2020, plaintiff notified the court that he was willing to proceed only on the claim identified by the magistrate judge in the screening order as cognizable.  (Doc. No. 19.)

1

1    Consequently, on September 22, 2020, the assigned magistrate judge issued findings and
2 recommendations, recommending that this action proceed on plaintiff's claim brought against
3 defendant Baker for use of excessive force in violation of the Eighth Amendment of the U.S.
4 Constitution. (Doc. No. 20.) The magistrate judge also recommended that all other claims
5 brought by plaintiff in his complaint be dismissed. (*Id*. at 2.) The findings and recommendations
6 were served on plaintiff and contained notice that any objections thereto were to be filed within
7 fourteen (14) days after service. (*Id*.) No objections have been filed and the time in which to do
8 so has now passed.
9    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
10 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
11 findings and recommendations are supported by the record and proper analysis.
12    Accordingly,
13    1.   The findings and recommendations issued on September 22, 2020 (Doc. No. 20)
14         are adopted in full;
15    2.   This action shall proceed on plaintiff's claim against defendant Baker for use of
16         excessive force in violation of the Eighth Amendment of the U.S. Constitution;
17    3.   All other claims are dismissed; and
18    4.   This action is referred back to the assigned magistrate judge for further
19         proceedings consistent with this order.
20 IT IS SO ORDERED.
21    Dated:   **November 13, 2020**
22                                                    UNITED STATES DISTRICT JUDGE

2