UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>B. BAKER,<br><br>         Defendant. | **1:19-cv-00995-DAD-GSA-PC**<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT BAKER'S MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS**<br>**(ECF Nos. 31, 32.)**<br><br>**THIRTY-DAY DEADLINE TO FILE OPPOSITION** |

   Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2021 and February 17, 2021, Plaintiff filed motions to stay this case until he is finished with court proceedings in Bakersfield. (ECF Nos. 31, 32.) Plaintiff alleges that he was moved from Pelican Bay State Prison to Kern Valley State Prison for court proceedings, but he does not have access to his legal property and is unable to properly litigate this case.

   A stay of the proceedings is not Plaintiff's only remedy. Now pending in this case is Defendant Baker's motion to revoke Plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g), and Plaintiff's opposition to the motion is due. The court finds good cause to grant Plaintiff an extension of time to file his opposition.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff is granted thirty days from the date of service of this order in which to file his opposition to Defendant Baker's motion to revoke Plaintiff's *in forma pauperis* status.

IT IS SO ORDERED.

Dated:   **February 18, 2021**                    **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE