UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>          Plaintiff,<br><br>  vs.<br><br>B. BAKER,<br><br>          Defendant. | 1:19-cv-00995-DAD-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF's MOTION**<br>**(ECF No. 34.)**<br><br>**ORDER FOR CLERK TO SEND DOCKET SHEET TO PLAINTIFF** |

     Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2021, Plaintiff filed a motion concerning whether the court had received his oppositions to defendant Baker's motion to revoke Plaintiff's *in forma pauperis* status. (ECF No. 34.) Plaintiff's motion is granted and the clerk is directed to send Plaintiff a copy of the docket sheet for his case.

IT IS SO ORDERED.

    Dated:   **March 16, 2021**          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE