1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GUILLERMO TRUJILLO CRUZ,                No. 1:19-cv-00995-DAD-GSA (PC)

12              Plaintiff,

13       v.                                 ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATIONS AND GRANTING
14   B. BAKER,                              DEFENDANT'S MOTION TO REVOKE
                                            PLAINTIFF'S *IN FORMA PAUPERIS*
15              Defendant.                  STATUS UNDER 28 U.S.C. § 1915(g)

16                                          (Doc. Nos. 27, 36)

17

18        Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a

20   United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On April 12, 2021, the assigned magistrate judge issued findings and recommendations,

22   recommending that defendant Baker's motion to revoke plaintiff's *in forma pauperis* status under

23   28 U.S.C. § 1915(g) be granted and that plaintiff be required to pay the filing fee in full for this

24   action. (Doc. No. 36 at 9.) The findings and recommendations were served on all parties and

25   contained notice that any objections thereto were to be filed within fourteen (14) days. (*Id.* at 10.)

26   No objections have been filed, and the deadline to do so has since expired.

27   /////

28   /////

                                            1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2    court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
3    court finds the findings and recommendations to be supported by the record and proper analysis.
4        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Local Rule 304, this
5    court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the
6    court finds the findings and recommendations to be supported by the record and proper analysis.
7        Accordingly,

    1.    The findings and recommendations issued on April 12, 2021 (Doc. No. 36) are
          adopted in full;

    2.    Defendant's motion to revoke plaintiff's *in forma pauperis* status under 28 U.S.C.
          § 1915(g) (Doc. No. 27) is granted;

    3.    Plaintiff's *in forma pauperis status* is revoked under 25 U.S.C. § 1915(g);

    4.    Within thirty (30) days of the date of service of this order, plaintiff is required to
          pay the $402.00 filing fee in full for this action;

    5.    Plaintiff's failure to comply with this order shall result in the dismissal of this
          action; and

    6.    The Clerk of Court is directed to serve a copy of this order on:

          a.    The Financial Department, U.S. District Court, Eastern District of
                California; and

          b.    The Director of the California Department of Corrections and
                Rehabilitation.

IT IS SO ORDERED.

    Dated:   **May 18, 2021**                    _____
                                                 UNITED STATES DISTRICT JUDGE

2