UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>B. BAKER,<br><br>    Defendant. | 1:19-cv-00995-DAD-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR COPIES**<br>**(ECF No. 41.)**<br><br>**ORDER DIRECTING CLERK TO SEND PLAINTIFF COPIES OF DOCUMENTS NOS. 36, 37, AND 39** |

    Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  On July 23, 2021, Plaintiff filed a motion requesting copies of documents nos. 36, 37, and 39 from the court record for this case to enable him to file objections to the findings and recommendations issued on April 12, 2021.  (ECF No. 41.)  Good cause appearing, the motion shall be granted.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for copies, filed on July 23, 2021, is granted; and

    2.    The clerk is directed to send Plaintiff copies of documents nos. 36, 37, and 39 from the court record for this case.

IT IS SO ORDERED.

    Dated:  **July 26, 2021**        **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE